IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-CR-4-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | ORDER TO SEAL |
| v. | ) | |
| | ) | |
| | ) | |
| LUCAS VASQUEZ-CHAVARRIA | ) | |

Upon motion of the United States, it is hereby ORDERED that the Government's Motion at Docket Entry No. 81 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Order to the United States Attorney's Office.

SO ORDERED, this the **21** day of November, 2017.

JAMES C. DEVER, III
Chief United States District Judge