UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NUMBER: 5:17-CR-4-1D

UNITED STATES OF AMERICA

VS. ORDER

LUCAS VASQUEZ-CHAVARRIA

IT IS HEREBY ORDERED that the following Government Exhibits be returned to __Javier Vargas__ and remain in his or her custody through the time of sentencing and any proceeding on appeal or review.

| EXHIBIT # | EXHIBIT DESCRIPTION |
|---|---|
| 1 | Suboxone |
| 2 | Bowl |
|  |  |
|  |  |
|  |  |

THIS __27th__ DAY OF NOVEMBER 2017.

AGENT _Javier Vargas_

_James C. Dever_
JAMES C. DEVER III
CHIEF U.S. DISTRICT JUDGE