IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-CR-4-D-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | [DOCKET ENTRY NUMBER 127] |
| LUCAS VASQUEZ-CHAVARRIA, | ) | |
| | ) | |
| Defendant. | ) | |

Upon Motion of Defendant, it is hereby ORDERED that Docket Entry Number 127 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

SO ORDERED. This, 25 day of May, 2018.

_____
HONORABLE JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE